IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDELLAHI KORERA | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-3301 |
| | : | |
| WARDEN OF THE FEDERAL | : | |
| DETENTION CENTER | : | |
| PHILADELPHIA, MICHAEL ROSE, | : | |
| DAVID J. VENTURELLA, | : | |
| MARKWAYNE MULLIN, TODD W. | : | |
| BLANCHE | : | |

## ORDER

**AND NOW**, this 21st day of May 2026, upon considering the respondents' certification

of compliance (DI 6) of our May 20, 2026 order (DI 5), it is **ORDERED** the Clerk of Court

shall **close** this case.

MURPHY, J.